UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON JARBOE,<br><br>              Plaintiff,<br><br>   v.<br><br>CITY OF TURLOCK, CALIFORNIA, et al.,<br><br>              Defendants. | Case No.  1:21-cv-00632-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 23) |

On August 18, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 23.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 19, 2022**              */s/ Sheila K. Oberto*              
                                                                             UNITED STATES MAGISTRATE JUDGE